December 10, 1969

## Aliquippa Borough Appeal.

Argued November 12, 1969. *Joseph M. Stanichak*, for appellant; *Eugene Morris*, for appellees.
Order affirmed.

## Austin Unemployment Compensation Case.

Argued November 13, 1969. *Maggie Mae Austin*, claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.
Decision affirmed.

## Azare, Appellant, *v.* Centerville Borough.

Argued November 11, 1969. *Hymen Schlesinger*, for appellant; *Louis T. Katusin*, Special Assistant Attorney General, with him *Thomas E. Roberts*, Assistant Attorney General, *Raymond Kleiman*, Deputy Attorney General, and *William C. Sennett*, Attorney General, for appellee.
Judgment affirmed.